IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3116 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ABRAHAM RICHARDSON, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Abraham Richardson's Unopposed Motion to Continue Trial (filing no. 27) from December 19, 2011, to a date and time convenient to the Court not less than sixty (60) days. Defense counsel explains that additional time is needed to review the voluminous discovery received from the government The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that trial of this matter, presently scheduled for December 19, 2011, be continued until February 27, 2012, at 9:00 a.m. This Court further finds that, based upon the showing set forth in Defendant Richardson's motion, the ends of justice will be served by continuing trial of this matter. Further, the Court finds that taking such action outweighs the best interests of the public and Defendant Richardson in a speedy trial. Accordingly, the time from December 19, 2011, until February 27, 2012, shall be excludable time, pursuant to 18 U.S.C. §3161(h)(7)(A).

November 30, 2011.

BY THE COURT:

*Cheryl R. Zwart*
United States Magistrate Judge