IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3116 |
| | ) | |
| Plaintiff, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| ABRAHAM RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

On January 3, 2012, Magistrate Judge Cheryl R. Zwart made findings of fact and recommended that the defendant's motion to suppress (filing 32) be denied in all respects. On January 24, 2012, the defendant filed a statement of objections to the findings and recommendation. The defendant objects that Judge Zwart erred in concluding that a search warrant she issued for his residence was supported by probable cause and was not based on stale information.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motion to suppress should be denied in all respects.

IT IS ORDERED:

1. the magistrate judge's findings and recommendation (filing 38) are adopted;
2. the defendant's statement of objections (filing 41) is denied; and
3. the defendant's motion to suppress (filing 32) is denied in all respects.

February 7, 2012.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge